UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO 08-10573 |
| | | CHAPTER 13 |
| ROBERT S. LESE | | |
| STEPHANIE J. LESE | : | JUDGE BETH A. BUCHANAN |
| DEBTORS | | |
| | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

   Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

   The Trustee has made numerous attempts to contact the creditor. Certification of Final Payment has been filed in this case. These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 918176 | $2.53 |

Creditor(s)
MILLENIUM ANESTHESIA
P.O. BOX 70-1612
CINCINNATI, OHIO 45240


                                          Respectfully submitted,

                              /s/   Margaret A. Burks, Esq.
                                          Margaret A. Burks, Esq.
                                          Chapter 13 Trustee
                                          Attorney No. OH 0030377

                                          Francis J. DiCesare, Esq.
                                          Staff Attorney
                                          Attorney No. OH 0038798

                                          Karolina F. Perr, Esq.
                                          Staff Attorney
                                          Attorney No. OH 0066193

                                          600 Vine Street, Suite 2200
                                          Cincinnati, OH 45202
                                          (513) 621-4488
                                          (513) 621 2643 (Facsimile)
                                          mburks@cinn13.org - Correspondence only
                                          fdicesare@cinn13.org
                                          kperr@cinn13.org
                                          cincinnati@cinn13.org - Court Filings

Registry_Deposit_for_Creditor

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, September 21, 2011.

        /s/    Margaret A. Burks, Esq.
              Margaret A. Burks, Esq.

MILLENIUM ANESTHESIA
P.O. BOX 70-1612
CINCINNATI, OHIO 45240

Debtor(s) Counsel
STEVEN L. SCHILLER, ESQ.
4 WEST FOURTH STREET
SUITE 200
NEWPORT, KY  41071

Debtor(s)
ROBERT S. LESE
STEPHANIE J. LESE
2601 BLACK HOOF TRAIL
MILFORD, OH  45150

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
 (service waived)

GLA COLLECTION CO INC
PO BOX 7728
DEPT 002
LOUISVILLE, KY 40527